UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| ROBERT WARD GARRISON,<br>       Plaintiff,<br>v.<br>ERIC GRYLER et al.,<br>       Defendants. | ) No. CV-09-349-JPH<br>)<br>) ORDER DENYING PLAINTIFF'S<br>) MOTION FOR RECONSIDERATION<br>)<br>) (Ct. Rec. 30) |

On August 11, 2010, plaintiff filed a motion for reconsideration ("revision") of the Court's July 19, 2010 order striking as moot plaintiff's motion to direct service on defendant Eric Guyler (Ct. Rec. 27). The matter came before the Court for hearing without argument September 10, 2010. Defendants have not filed a response.

As the Court pointed out in its July 19, 2010 order, the United States Marshal Service advises defendant Gryler was served June 3, 2010 (Ct. Rec. 27).

The court has considered the motion and the record. Accordingly,

**IT IS ORDERED** that the motion to reconsider the Court's order striking as moot plaintiff's motion to direct service (**Ct. Rec. 30**) is **denied as without merit.**

**IT IS FURTHER ORDERED** that the United States Marshal Service **shall provide the parties proof of service upon defendant Eric Gryler on or before September 30, 2010.**

ORDER DENYING PLAINTIFF'S
FOR RECONSIDERATION                                                    - 1 -

1    DATED this 16th day of September, 2010.
2                                           s/ James P. Hutton
                                           JAMES P. HUTTON
3                                   UNITED STATES MAGISTRATE JUDGE

ORDER DENYING PLAINTIFF'S MOTION
FOR RECONSIDERATION                                      - 2 -