UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| ROBERT WARD GARRISON, | |
| Plaintiff, | No. CV-09-349-JPH |
| v. | **ORDER ADOPTING REPORT AND RECOMMENDATION** |
| ERIC GRYLER (DOCTOR), CORRECTIONAL OFFICER O'DELL, CORRECTIONAL OFFICER LEMELI, PSYCH DOCTOR HOSSACK, | |
| Defendants. | |

BEFORE THE COURT is the Report and Recommendation, ECF No. 66, to deny Defendant Gryler's motion to dismiss for lack of personal jurisdiction based on insufficient service of process pursuant to Federal Rule of Civil Procedure 12(b)(2) and (5). It is undisputed that the other named Defendants have been properly served. ECF No. 20.

No objections have been filed.

Having reviewed the Report and Recommendation and the files and records herein, the Court adopts the magistrate judge's report and recommendation in its entirety.

**IT IS HEREBY ORDERED**

1. The recommendation, **ECF No. 66**, to deny Defendant Gryler's motion to dismiss is **ADOPTED in its entirety.**

2. The **U.S. Marshal Service shall serve Defendant Gryler as**

ORDER ADOPTING REPORT
AND RECOMMENDATION - 1

**specified in Federal Rule of Civil Procedure 4(e) within 45 days of the date of this order.**

   **IT IS SO ORDERED.** The District Court Executive is directed to enter this Order and forward copies to the parties and Magistrate Judge Hutton.

   **DATED** this 27th day of July 2011.

                                    s/Edward F. Shea
                                    EDWARD F. SHEA
                              United States District Judge

Q:\Civil\2009\0349.dismiss.gryler.wpd

ORDER ADOPTING REPORT
AND RECOMMENDATION - 2