UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| ROBERT WARD GARRISON, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> ERIC GRYLER, CORRECTIONAL ) <br> OFFICER O'DELL, CORRECTIONAL ) <br> OFFICER LOMELI, and PSYCH. ) <br> DOCTOR HOSSACK, ) <br> ) <br> Defendants. ) | No. CV-09-349-JPH <br><br> **ORDER ADOPTING REPORT AND RECOMMENDATION** |

BEFORE THE COURT is the Report and Recommendation, ECF No. 90, to grant Defendant Gryler's motion for summary judgment pursuant to Federal Rule of Civil Procedure 56. No objections have been filed.

Having reviewed the Report and Recommendation and the files and records herein, the Court adopts the magistrate judge's report and recommendation in its entirety.

**IT IS HEREBY ORDERED**

1. The recommendation, **ECF No. 90**, to grant Defendant Gryler's motion for summary judgment and to dismiss the complaint as to him with prejudice is **ADOPTED in its entirety**.

2. Defendant Gryler's name shall be removed from the case caption.

**IT IS SO ORDERED**. The District Court Executive is directed to

ORDER ADOPTING REPORT
AND RECOMMENDATION - 1

enter this Order and forward copies to Plaintiff, defense counsel, and the magistrate judge.

**DATED** this 7th day of October 2011.

S/ Edward F. Shea
EDWARD F. SHEA
United States District Judge

Q:\Civil\2009\Ord adopting RnR.GRYLER.wpd

ORDER ADOPTING REPORT
AND RECOMMENDATION - 2