UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | | |
|---|---|---|
| ROBERT WARD GARRISON, | ) | No. CV-09-349-JPH |
| | ) | |
| Plaintiff, | ) | **ORDER ADOPTING REPORT AND** |
| | ) | **RECOMMENDATION** |
| v. | ) | |
| | ) | |
| CORRECTIONAL OFFICER O'DELL, | ) | |
| CORRECTIONAL OFFICER LOMELI, | ) | |
| and PSYCH. DOCTOR HOSSACK, | ) | |
| | ) | |
| Defendants. | | |

Before the Court is Magistrate Judge Hutton's November 18, 2011 Report and Recommendation, ECF No. 107, recommending that the Court grant Defendants' Motion for Summary Judgment, ECF No. 75, pursuant to Federal Rule Civil Procedure 56. No objections were filed.

Having reviewed the Report and Recommendation and the record herein, the Court adopts the Report and Recommendation's analysis and conclusions.

Accordingly, **IT IS HEREBY ORDERED**

1. The Report and Recommendation, **ECF No. 107**, is **ADOPTED in its entirety**

2. Defendants' Motion for Summary Judgment, **ECF No. 75**, is **GRANTED**.

3. Judgment is to be entered in Defendants' favor.

4. All pending dates and deadlines are **STRICKEN**.

ORDER - 1

5.   This file shall be **CLOSED**.

**IT IS SO ORDERED.** The District Court Executive is directed to enter this Order and forward copies to Plaintiff, defense counsel, and the Magistrate Judge.

**DATED** this 24th day of February 2012.

                         s/Edward F. Shea
                         EDWARD F. SHEA
                     United States District Judge

Q:\Civil\2009\349.Ord adopting RnR.GARRISON.wpd

ORDER - 2