AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
### Eastern District of Washington

ROBERT WARD GARRISON,

Plaintiff,

v.

CORRECTIONAL OFFICER O'DELL, et al,

Defendants.

JUDGMENT IN A CIVIL CASE

CASE NUMBER: CV-09-349-JPH

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to hearing before the Court. The issues have been heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that Defendants' Motion for Summary Judgment is granted, and judgment is entered in Defendants' favor.

2/24/12
*Date*

JAMES R. LARSEN
*Clerk*
s/ Karen White
*(By) Deputy Clerk*
Karen White